UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAMELA KOUSSA,

    Plaintiff,

v.

SAL THE FLOWER GUY, INC.,

    Defendant.

Case No. 16-cv-4963-PJH

**ORDER DENYING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF**

Before the court is the motion of plaintiff Pamela Koussa for an order allowing plaintiff to depose Salama El Chammas, the owner of defendant Sal the Flower Guy, Inc., prior to the time designated in the Federal Rules of Civil Procedure for the commencement of discovery. See Fed. R. Civ. P. 16(d)(1); see also N.D. Cal. Gen. Ord. 56.

Plaintiff seeks to depose Mr. El Chammas on the subject of statements he made in an affidavit in support of an application for a civil restraining order, which was issued against plaintiff by the Napa County Superior Court on October 27, 2016.

The motion is DENIED. The court finds that plaintiff has stated no good cause for the relief she requests. Moreover, the statements made by Mr. El Chammas in his affidavit do not appear relevant to any cause of action asserted in the complaint in this action.

**IT IS SO ORDERED.**

Dated: February 17, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge